NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LYNK LABS, INC.,**
*Appellant*

**v.**

**HOME DEPOT U.S.A., INC.,**
*Appellee*

---

2023-2030

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01541.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

July 27, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 27, 2023